IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ABEL MOCTEZUMA,

        Plaintiff,

v.                                         Case No.  4:17cv14-MW/GRJ

TALLAHASSEE FCI, et al.,

        Defendants.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) as frivolous." This Court notes this case only pertains to the injury Plaintiff allegedly received while an inmate at FCI Tallahassee in 2012.  It may be that Plaintiff has a basis to file a claim against another entity in Florida or in another jurisdiction but this case

1

involving a back injury is barred by the statute of limitations and is dismissed as frivolous.   The Clerk shall close the file.

**SO ORDERED on January 24, 2017.**

<u>s/Mark E. Walker</u>     ____
**United States District Judge**
